**Order entered October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01394-CV

**ENRIQUE N. PONTE, JR. M.D., ET AL., Appellants**

**V.**

**MARCELA BUSTAMANTE, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-08056**

## ORDER

We **GRANT** the October 4, 2013 unopposed motion of appellants, Enrique N. Ponte, Jr., M.D. and Pediatrix Medical Services, Inc., for an extension of time to file a reply brief. They shall file their reply brief on or before October 14, 2013.

/s/    ADA BROWN
          JUSTICE